Kenneth L. Neeley, 025899
Christopher J. Dutkiewicz, 024962
Dane Paulsen, 029225
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| TODD LOUIS WHEATON | Case No.: 4:12-bk-21414-SHG |
| RENEE YVONNE WHEATON | **STIPULATED ORDER CONFIRMING THIRD MODIFIED CHAPTER 13 PLAN** |
| Debtors. | |

The Third Modified Chapter 13 Plan having been properly noticed out to creditors and all objections having been resolved,

**IT IS ORDERED** Confirming the Third Modified Plan of Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) <u>Future Earnings/Income</u>. Debtors shall make the following monthly Plan payments:

| Months | Payments |
|---|---|
| 1 | $0.00 |
| 2 – 4 | $2,205.00 |
| 5 | $0.00 |
| 6 | $4,410.00 |
| 7 – 8 | $2,205.00 |
| 9 | $0.00 |
| 10 – 17 | $2,205.00 |
| 18 – 20 | $1,900.00 |
| 21 – 24 | $ 0.00 |
| 25 – 28 | $1,950.00 |
| 29 – 40 | $2,231.00 |
| 41 – 45 | $2,274.11 |
| 46 – 48 | $0.00 |
| 49 – 60 | $2,905.00 |

*In re Wheaton*
*Case No.12-21414*

The payments are due on or before the 29th day of each month starting October 29, 2012. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the Plan is deemed completed. The Debtors shall provide, directly to the Trustee, copies of their **federal and state** income tax returns for post-petition years within 30 days of filing them in order to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(B) **DURATION.** This Plan shall continue for **60 months** from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

(1) Administrative Expenses.
  (a) Attorney Fees. Kenneth L. Neeley, of Neeley Law firm, PLC shall be allowed total fees in the amount of $3,995.00. Counsel received $1,719.00 from the Debtor prior to filing and counsel received $2,276.00 by the Chapter 13 Trustee.
  (b) Additional Attorney Fees:
    (i) Kenneth L. Neeley, of Neeley Law firm, PLC received $750.00 for the preparation and filing of the Second Modified Plan by the Chapter 13 Trustee.
    (ii) Kenneth L. Neeley, of Neeley Law firm, PLC shall be allowed additional fees of $750.00 for the preparation and filing of the Third Modified Plan, to be paid by the Chapter 13 Trustee.

(2) Claims Secured by Real Property:
  (a) Bank of America, secured by deed of trust to the real property at 9937 E Barley Rd., Florence, AZ, shall be paid regular post-petition monthly conduit payments

*In re Wheaton*
*Case No. 12-21414*

from the Chapter 13 Trustee for 60 months. Pre-petition arrearages of $21,676.91 shall be paid by the Chapter 13 Trustee.

(b) U.S. Department of Housing and Urban Development, secured by deed of trust to the real property at 9937 E Barley Rd., Florence, AZ, shall be paid regular payment per the contract outside the plan by the Debtors. There are no arrearages.

(c) Crestfield Manor at Arizona Farms Village, a Homeowners Association secured to the real property at 9937 E Barley Rd., Florence, AZ, shall be paid regular assessments outside the plan directly by the Debtors.

(d) Pinal County Treasurer, secured to the real property at 9937 E Barley Rd., Florence, AZ, shall be paid back property taxes of $1,888.76 with 16% interest by the Chapter 13 Trustee. Post-petition property taxes will be paid by the Debtors directly outside the plan.

(3) <u>Claims Secured by Personal Property</u>:

(a) Capital One Auto, secured by an interest in a 2007 Dodge Durango, shall be paid $10,206.50 with 5.00% interest. The creditor will receive adequate protection payments of $125.00 per month.

(4) <u>Leases and Unexpired Executory Contracts</u>: None.

(5) <u>Unsecured Priority Claims</u>: None.

(6) <u>Surrendered Property</u>. None.

(7) <u>Other Provisions</u>. None.

(8) <u>Unsecured Non-priority Claims</u>. All other claims shall be classified as unsecured and non-priority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328(a).

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

---

ORDER SIGNED ABOVE

---

Approved as to Form and Content By:

_____ 5-11-17
Dianne C. Kerns
*Chapter 13 Trustee*


_____
Kenneth L. Neeley
*Attorneys for Debtors*

The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed, or, if owed, such payments are current since the filing of the Petition.

_Todd Wheaton_
Debtor

_Renee Wheaton_
Debtor